UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIRGINIA G., <br><br> v. <br><br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,[1] <br><br> Defendant. | No. 1:18-CV-3204-JTR <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 25. Attorney Cory J. Brandt represents Plaintiff; Special Assistant United States Attorney Martha A. Boden represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 25**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

---

[1] Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, the Court substitutes Andrew M. Saul as the Defendant and directs the Clerk to update the docket sheet. *See* Fed. R. Civ. P. 25(d).

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

On remand, the administrative law judge (ALJ) will hold a *de novo* hearing and issue a new decision.  The ALJ shall: (1) reevaluate Plaintiff's residual functional capacity, with specific consideration of the opinion evidence from Dr. Pellicer and Dr. Foster; and (2) if necessary, obtain updated evidence from a vocational expert.  Plaintiff may present additional testimony and submit additional evidence.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 22, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2